PD-0372-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/3/2015 4:42:05 PM
Accepted 9/3/2015 5:00:00 PM
ABEL ACOSTA
CLERK

CAUSE NUMBER PD-0372-15

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

September 4, 2015

ABEL ACOSTA, CLERK

**LUIS SANCHEZ, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Petition for Discretionary Review
from the Eleventh Court of Appeals, Eastland
Case No. 11-12-00279-CR**

**On appeal from the 161st Judicial District Court
of Ector County, Texas
Trial Court Cause Number B-37,135**

## STATE'S FIRST MOTION FOR EXTENSION OF TIME TO FILE BRIEF

**TO THE HONORABLE COURT OF APPEALS**:

**COMES NOW THE STATE, THE STATE OF TEXAS**, by and through

the Honorable R.N. (Bobby) Bland, Ector County District Attorney, and Michael

Bloch, Assistant District Attorney, and files this Motion for Extension of Time to

File its Brief in accordance with the Texas Rules of Appellate Procedure, and in support thereof, would respectfully show this Honorable Court as follows:

## I. STATEMENT OF THE CASE

This appeal involves a bench trial that resulted in a Judgment of Conviction by Court filed on September 21, 2012. Appellant perfected his appeal by timely filing his Notice of Appeal on or about September 25, 2012. On or about March 5, 2015, the Eleventh Court of Appeals affirmed Appellant's conviction. On or about April 19, 2015, Appellant timely filed his petition for discretionary review. This Court granted Appellant's petition for discretionary review on July 1, 2015.

## II. BASIS FOR REQUEST FOR EXTENSION

(A) Appellant's Brief was filed on August 18, 2015. Tex. R. App. Pro. 38.6(b). The deadline for the State to file its Brief is September 17, 2015, or 30 days after Appellant's Brief was filed.

(B) The State avers that the brief is not yet completed.

(C) The State therefore requests an extension of fifteen (15) days to file its brief, until and including October 2, 2015.

(D) The need for extension is based on the following:

The undersigned ADA is solely responsible for post-conviction appeals. In the past two weeks, the undersigned has researched, drafted and filed a brief before the 11th Court of Appeals: 11-15-00112-CR; Ted Clinton Murray v. State. The undersigned is also currently researching and drafting another brief before the 11th Court of Appeals: 11-15-00026-CR; Jonathan Cole Porter v. State. The undersigned has also recently completed responses to habeas writs: C-42,151; Scott Allen Chapman, and C-26,276; Manuel Salazar-Balderas.

With regard to the instant case, The State would ask this Court to grant it an additional fifteen (15) days to respond to Appellant's Brief.

(E) This is the first request for an extension of time the State has requested in connection with this appeal.

## CONCLUSION & PRAYER

Therefore, based on the above, the State of Texas requests that this Court grant the State an extension of fifteen (15) days within which to file its brief in this matter, until October 2, 2015.

Respectfully Submitted,

**Michael Bloch**
Assistant District Attorney
Ector County District Attorney's Office

Ector County Courthouse
300 N. Grant, Room 305
Odessa, Texas 79761
(432) 498-4230 Phone
(432) 498-4293 Fax
**michael.bloch@ectorcountytx.gov**
**Attorney for the State of Texas**


By:   /s/ Michael Bloch_____
      **Michael Bloch**
      State Bar No. 24009906
      Assistant District Attorney


### CERTIFICATE OF SERVICE

I certify that on this 3rd day of September, 2015, a copy of the foregoing State's First Motion for Extension of Time to File its Brief was served via efile to counsel for Appellant, M. Michele Greene, 2833 Wildwood, Odessa, Texas 79761


      /s/ Michael Bloch_____
      **Michael Bloch**
      Assistant District Attorney

**CERTIFICATE OF COMPLIANCE**

I certify that the foregoing Motion consists of 581 words and is typed in 14-point Times New Roman font.

/s/ Michael Bloch_____
**Michael Bloch**
Assistant District Attorney